UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN GLYNN BREAU                    CIVIL ACTION

VERSUS

NANCY A. BERRYHILL                 NO.: 17-00413-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 13)** under 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends that the Court affirm the Social Security Administration's decision to deny Plaintiff's application for disability insurance benefits. (Doc. 13, p. 2). The Magistrate Judge also recommends that the Court dismiss this action. (*Id.*).

The Report and Recommendation notified the parties that, under 28 U.S.C. § 636(b)(1), they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 13). Plaintiff timely filed an Objection. (Doc. 14). Having carefully considered the Social Security Administration's decision (Doc. 7), Plaintiff's Complaint (Doc. 1) seeking judicial review of that decision, the Magistrate Judge's Report and Recommendation (Doc. 13), and Plaintiff's Objection (Doc. 14), the Court approves the Magistrate Judge's Report and Recommendation, and adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's **Report and Recommendation (Doc. 13)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the final decision of the Acting Commissioner of Social Security, Nancy A. Berryhill, is **AFFIRMED**, and this action is **DISMISSED**.

Baton Rouge, Louisiana, this 13th day of September, 2018.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA